RICHARD J. BRADLEY, appellant,

*v.*

SARAH J. MANNING et al., respondents.

[Decided October 14th, 1929.]

*Messrs. Stein, McGlynn & Hannoch,* for the appellant.

*Mr. William J. Kearns,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *104 N. J. Eq. 176.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.